UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-8488-CBM-MAR | Date | October 5, 2026 |
| Title | *Halwajian v. Laserway LLC et al.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 18, 2025, this Court granted Defendants First Electronic Bank and Concora Credit Inc.'s motion to compel arbitration and stay proceedings, and granted Defendant Great American Finance Holdings, LLC's joinder of motion, and stayed the action pending completion of the arbitration. (Dkt. No. 36.) On October 1, 2026, Plaintiff filed a status report stating the arbitration proceeding *Kirkor Halwajian v. Great American Finance Holdings, LLC* (AAA Case No. 01-25-0001-5870) was closed and Plaintiff has settled with Defendants First Electronic Bank and Concora Credit Inc. (Dkt. No. 45.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE **in writing <u>no later than October 14, 2026</u>** why this action should not be dismissed. A failure to respond to this Order to Show Cause by that date shall result in dismissal of this action.

**IT IS SO ORDERED.**

00 :

Initials of Deputy Clerk VRV